# Third District Court of Appeal

## State of Florida

Opinion filed May 16, 2018.

_____

No. 3D17-2191
Lower Tribunal No. 15-4712

_____

**Daniel Meana,**
Appellant,

vs.

**U.S. Bank, N.A., as trustee, etc.,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Dennis A. Donet, P.A., and Dennis A. Donet, for appellant.

Pearson Bitman LLP, and Allison Morat (Maitland), for appellee.

Before SUAREZ, LAGOA, and LINDSEY, JJ.

<u>CONFESSION OF ERROR</u>

PER CURIAM.

Based upon Appellee's concession of error solely as to the issue that a hearing was required before entry of final judgment, we dismiss the appeal and

remand with instructions to vacate the final judgment of foreclosure rendered on September 28, 2017 and to conduct a hearing consistent with our holding in <u>Chiu v. Wells Fargo Bank, N.A.</u>, 43 Florida Law Weekly D672 (Fla. 3d DCA March 28, 2018) (finding that the trial court committed fundamental error in entering final summary judgment before conducting a hearing on Wells Fargo's motion for summary judgment).